UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                              4:04cr47 - SPM

JAMES ALAN GARNER
_____/

WRIT OF EXECUTION

BEFORE THE COURT is the petition of the United States of America for a writ of execution to seize funds held by defendant in various accounts at Wachovia Securities. Finding good cause therein, the petition is hereby GRANTED.

IT IS FURTHER ORDERED that the United States Marshal shall execute and seize all assets up to the amount of $300,126.14 held by James Alan Garner, social security number XXX-XX-0905, in the following accounts at Wachovia Securities:

Jobar Royalties, 3849-4186

Jaco, 4566-2030

Ohio Investment, 6449-9461

Rialto Junk Co., 7142-5276.

IT IS FURTHER ORDERED that all assets in the custody of and tendered by Wachovia Securities pursuant to this Writ shall be in the form of a negotiable instrument payable to the United States Marshal Service.

IT IS FURTHER ORDERED that the United States Marshal shall deposit he assets and funds into United States Marshal's holding account until further order of this Court. The United States Marshal shall be able to recover their costs of executing this Writ.

IT IS FURTHER ORDERED that the United States Marshal shall record the hour and date this Writ was received and make a return of this Writ within 90 days of issue describing the date and time of the levy, a description of the property and action taken. The United States Marshal shall record any costs, expenses and fees incurred.

IT IS FURTHER ORDERED that the United States Marshal and the United States Attorney shall serve the defendant and all persons having an interest in the property with a copy of the Petition, this Writ and the Clerk's Notice.

DONE and ORDERED this 24th day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

Marshal's Return

Date and Hour Writ received: _____

Date and Hour Writ executed: _____

Description of property and action taken: _____

_____

_____

_____

_____

Marshal's costs, expenses and fees: _____

_____

Date of Return: _____

                    Dennis A. Williamson
                    United States Marshal

                By:_____