IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:04cr47-SPM

JAMES ALAN GARNER

_____/

## ORDER DENYING MOTIONS TO STAY AND STRIKE

This cause comes before the Court on the amended motion to stay (doc. 69) and motion to strike (doc. 89) filed by Defendant James Alan Garner. The Court has reviewed the Government's response (doc. 78), which Defendant seeks to strike as untimely. The Court has also reviewed Defendant's reply (doc. 88), which was filed without first seeking leave of Court as required by Northern District of Florida Local Rule 7.1(C).

Several months have passed and Defendant has had sufficient time to arrange his finances and satisfy his restitution obligation. No additional time is warranted. Accordingly, it is

ORDERED AND ADJUDGED:

1. The amended motion to stay (doc. 69) is denied.

2. The motion to strike (doc. 89) is denied.

DONE AND ORDERED this 23rd of July, 2010.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge