IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:04cr47-SPM

JAMES ALAN GARNER

_____/

## **ORDER DENYING MOTIONS TO TRANSFER AND STRIKE**

This cause comes before the Court on the motions to transfer (docs. 71, 72, and 84) and motion to strike (doc. 99) filed by Defendant James Alan Garner. At issue is the appropriate venue for collection proceedings arising from Defendant's criminal judgment for restitution. This Court is the appropriate venue because it entered Defendant's criminal judgment. Accordingly, the motions to transfer will be denied.

A sentencing court retains a strong interest in enforcing compliance with its sentencing orders. "Restitution is not a civil matter; it is a criminal penalty meant to have strong deterrent and rehabilitative effect." United States v. Hairston, 888 F.2d 1349, 1355 (11th Cir. 1989). Transferring this case to another district would conflict with the Court's obligation to ensure that Defendant complies with the criminal judgment and the terms of his supervised release.

See <u>United States v. Tedder</u>, 02-CR-01050-C-01, 2004 WL 415270 (W.D. Wis. Feb. 26, 2004). Moreover, although Defendant has sought to quash the writs of garnishment and execution, Defendant has not made a claim of exemption or failure to comply with statutory requirements. Accordingly, it is

ORDERED AND ADJUDGED:

1. The motions to transfer (docs. 71, 72, and 84) are denied.

2. The motion to strike (doc. 99) is denied.

DONE AND ORDERED this 23rd day of July, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 4:04cr47-SPM