IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 4:04cr47-SPM

JAMES ALAN GARNER,

    Defendant.

_____/

## ORDER GRANTING MOTION TO COMPEL

This cause comes before the Court on the Motion to Compel (doc. 49) filed by the Government. Defendant has had sufficient time to respond to the Government's interrogatories. Doc. 49-4. Since Defendant has maintained the properties, paid property taxes, and received royalties, he has the ability to respond to the interrogatories. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Motion to Compel (doc. 49) is granted.

2. On or before September 20, 2010, Defendant shall provide complete responses to questions 3, 4, and 5 of the Request for

Production/Interrogatories.

3. The motions for extension of time and to strike (docs. 91 and 98) are denied as moot.

DONE AND ORDERED this 2nd of September, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 4:04cr47-SPM