IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:04cr47-SPM

JAMES ALAN GARNER,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR RESTRAINING ORDER

For good cause shown, the Government's Ex Parte Motion for Restraining Order (doc. 100) is granted. Accordingly, it is

ORDERED AND ADJUDGED:

1. Forest Minerals Corporation and LeeAnn Bristol are enjoined from transferring, alienating, or encumbering any assets of Forest Minerals Corporation.

2. Attorney Thomas M. Schraw shall maintain custody and not diminish, alienate, or transfer any funds presently contained in or designated for Forest Minerals Corporation or LeeAnn Brisol.

3. The clerk shall unseal the Ex Parte Motion for Restraining Order

(doc. 100) and send a copy of the motion and this order to Forest Minerals Corporation, 14560 Sundance Drive, Reno, NV 89511, and to LeeAnn Bristol, 14560 Sundance Drive, Reno, NV 89511, and Attorney Thomas M. Schraw, 116 Water Street, Boyne City, MI 49712.

    DONE AND ORDERED this 2nd of September, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge