IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 4:04cr47-SPM

JAMES ALAN GARNER,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR PAYMENT OF ROYALTIES

Upon consideration, the Government's Motion for Payment of Royalties (doc. 118) is granted. Pending sale on the writ of execution (doc. 109), Defendant shall pay all royalties received on the following properties to the Clerk of Court, 111 North Adams Street, Tallahassee, Florida 32301, to be applied toward his restitution obligation.

    Pecos County, Texas: property identification N187270; owner Identification C464604

    Hockley County, Texas: account #N8908317

    Cooke County, Texas: property ID 109636

    Garza County, Texas: account 85-061135-030-R043320 (5075/3176)

Moore County, Texas: GEO #704842-1-0227400, property ID 51496, owner number M-0704842

Guadalupe County, Texas, owner identification O-0056165 or N136893

Wilbarger County, Texas, owner number # 702132, parcels 9806095, 845001264 and 9806096

DONE AND ORDERED this 8th day of October, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge