UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  4:04CR47 - SPM

JAMES ALAN GARNER
_____/

## WRIT OF EXECUTION

IN CONSIDERATION of the government's Petition for Writ of Execution and finding good cause therein,

IT IS HEREBY ORDERED that the United States Marshal shall without delay levy on the property owned by or in the possession and control of the defendant, James Alan Garner.

See attachment 1 for list of properties

IT IS FURTHER ORDERED that the United States Marshal shall record the hour and date this Writ was received and make a return of this Writ within 90 days of issue describing the date and time of the levy, a description of the property and action taken. The United States Marshal shall record any costs, expenses and fees incurred.

IT IS FURTHER ORDERED that the United States Marshal may recover their costs.

IT IS FURTHER ORDERED that the United States Marshal and the United States Attorney shall serve the defendant and all persons having an interest in the property with a copy of the petition, this writ and the clerk's notice.

DONE and ORDERED this <u>8th</u> day of October, 2010.

<u>   s/ Stephan P. Mickle   </u>
Stephan P. Mickle
Chief United States District Judge

---

### Marshal's Return

Date and Hour Writ received: _____

Date and Hour Writ executed: _____

Description of property and action taken: _____

_____

_____

_____

_____

Marshal's costs, expenses and fees: _____

_____

Date of Return: _____

                                          Dennis A. Williamson
                                          United States Marshal

                                          By: _____

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| TX | Cooke | 1 | ● A 46.25 acre tract of land out of the Theobald Survey of 160 acres; thence West 760 varas to the Southwest Corner of the Survey; thence North 343 varas to a bois'd arc post; thence east 760 varas to a stake in road; thence South 343 varas to the place of beginning and being the same property conveyed to John H. Gilles et al by G. H. Brewer on June 8th, 1925. |
| TX | Lipscomb | 2 | ● The West Half Section 1154, Block 43, H & TC Ry. Co. Survey containing 320 acres more or less |
|  |  | 3 | ● All of Section 417, Block 43, H & TC Ry. Co. Survey, containing 656 acres more or less |
| TX | Tom Green | 4 | ● Section 28, Certificate #1195, Block A, T, C. Ry Co. Survey, Patent #498, Volume 81-A, Patent Records of the General Land Office, Sterling and Tom Green Counties, Texas, containing 585.5 acres, more or less |
|  |  | 5 | ● 447.45 acres in Section 30, Certificate #1196, Block A, T, C. Ry. Co. Survey, Patent #4, Volume 81-A, Patent Records of the General Land Office, Tom Green County, Texas, the 447.45 acres being all that portion of Section 30 situated in Tom Green County, Texas |
|  |  | 6 | ● Section 34, Certificate #1198, Block A, T, C. Ry Co. Survey, Patent #2, Volume 81-A, Patent Records of the General Land Office, Reagan and Tom Green Counties, Texas, containing 640 acres, more or less. |
|  |  | 7 | ● 195.64 acres in Section 35, Certificate #1199, Block A, T.C. Ry Co. Survey Patent #640, Volume 63, Patent Records of the General Land Office, Reagan County, Texas, and being described by metes and bounds as follows: Beginning at the patented Northeast corner of Survey #36, Block A, T.C. Ry Co Survey, a point from which a set rock marked N.E. #36 bears South 40 varas and East 22 varas, said beginning point is located in the West line of Survey #34, also in Block A; Thence with the North Line of said Survey #36 West 1658.60 varas to a point in the East line of Survey 77, Block 2, T& P RR Co., for the Southwest corner of this tract: Thence with the East line of said Survey #77, North 35 degrees 00' West 432.17 varas to a point for the most Westerly corner of this tract; Thence with the East line of Survey #77, North 55 degrees 00' East 483.07 varas to a point, the Northwest corner of this tract; Thence East 1510.77 varas to a point in the West line of Said Survey #34, South 631.10 varas to the place of Beginning. |
|  |  | 8 | ● Section 36, Certificate #1199, Block A, T. C. Ry Co. Survey, Patent #3, Volume 81-A, Patent Records of the General Land Office, Reagan Counties, Texas, containing 470.7 acres, more or less |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| TX | Gregg | 9 | ● Being situated about 1.5 miles S.W. of the town of Gladewater, and a part of the A.L. Davis H. R. Survey and described by notes as follows:<br>-Beginning on the E. B. Line of the W. W. Avery survey at a point 200 rs. S. of its N.E. corner and the N.W. corner of said S. L. Davis Sruvey, witness a P. O. W. 5 vrs. marked "X";<br>- Thence E with the N.B. Line of said Davis Survey 500 vrs. To corner witness a B.C. marked "X" S. 40 degrees E. 5 vrs Holly S. 66 degrees W. 7-2/3 vrs.;<br>- Thence S. 50 degrees E. With the meanderings of the River 700 vrs continuing S. 30 degrees E. 300 vrs. a corner of willow brs. S. 85 debrees W. 2 vrs. marked "X", a willow brs. N. 10 degrees W. 2 vrs.;<br>- Thence continuing S. 5 degrees 20' E. 550.5 vrs. a stake, witness a horn bean bears N. 17 degrees W. 2-1/3 vrs. and a sugar maple brs. N. 81 degrees W. 6.5 vrs.;<br>- Thence W. 1130 vrs. to corner of the W. B. Line of said Survey, a pine brs. N. 40 degrees E. 5 vrs. another pine brs. S. 18 degrees E. 5 vrs.;<br>- Thence N. with the W. B. Line of said Survey 1260 vrs. to place of Beginning, and containing 213 acres, more or less. |
| TX | Wilbarger | 10 | ● Being all of Section 61 and the North Half of Section 62, in Block 16 of the H&TC RR Co. Survey, containing 960 acres, more or less. |
| OK | Okfuskee | 11 | ● South Half of the South Half of the Southwest Quarter of the Southwest Quarter of the South Half of the North Half of the South Half of the Southwest Quarter of the Northwest Quarter (S/2 S/2 SW/4 ans S/2 N/2 S/2 NW/4) of Section 29, Township 12N, Range 9E |
| | | 12 | ● Northwest Quarter of the Northeast Quarter and the South Half of the South Half of the Southeast Quarter of the Northeast Quarter and the South Half of the North Half of the South Half of the Southeast Quarter of the Northeast Quarter and the South Half of the South Half of the Northeast Quarter of the Northwest Quarter and the Southeast Quarter of the Northwest Quarter (NW/4 NE/4 and S/2 S/2 SE/4 NE/4 and S/2 N/2 S/2 SE/4 NE/4 and S/2 S/2 NE/4 NW/4 and SE/4 of NW/4) of Section 30, Township 12N, Range 9E. |
| OK | Payne | 13 | ● Northeast Quarter (NE/4) of Section 12, Township 17N, Range 1E |
| OK | Roger Mills | 14 | ● West Half of the Northeast Quarter (w/2 NE/4) of Section 14, Township 15N, Range 22W |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Caddo | 15 | ● The Northwest Quarter (NW/4) and the Southwest Quarter (SW/4) of Section 14, Township 10N, Range 10W |
| | | 16 | ● The Northeast Quarter (NE/4) of Section 15, Township 10N, Range 10W |
| | | 17 | ● The West Half of the Northwest Quarter and the Southeast Quarter of the Northwest Quarter and the Southwest Quarter of the Northeast Quarter (W/2 NW/4 and SE/4 NW/4 and SE/4 NE/4) of Section 25, Township 10N, Range 10W |
| | | 18 | ● The Northwest Quarter (NW/4) of Section 26, Township 6N, Range 10W |
| | | 19 | ●The Northwest Quarter (NW/4) and the Northeast Quarter (NE/4) of Section 24, Township 6N, Range 11W |
| OK | Pontotoc | 20 | ● Southwest Quarter of the Northeast Quarter and the South Half of the Northwest Quarter of the Northeast Quarter and the South Half of the Southeast Quarter of the Northeast Quarter of the South Half of the North Half of the North Half of the Southeast Quarter of the Northeast Quarter (SW/4 NE/4 and the S/2 NW/4 NE/4 and the S/2 SE/4 NE/4 and the S/2 N/2 SE/4 NE/4) of Section 36, Township 5N, Range 4E |
| | | 21 | ● North Half of the Northwest Quarter of Southeast Quarter of the Northeast Quarter (N/2 NW/4 SE/4 NE/4) of Section 20, Township 5N, Range 8E |
| | | 22 | ●North Half of the Northwest Quarter of the Southwest Quarter (N/2 NW/4 SW/4) of Section 31, Township 5N, Range 5E |
| | | 23 | ● West Half of the Southwest Quarter (W/2 SW/4) of Section 19, Township 5N, Range 5E |
| | | 24 | ● North Half of the Northwest Quarter of the Southeast Quarter of the Northeast Quarter of the Southwest Quarter of the Northeast Quarter of the Northeast Quarter (N/2 NW/4 SE/4 NE/4 and the SW/4 NE/4 NE/4) of Section 36, Township 5N, Range 4E |
| | | 25 | ● Southwest Quarter of the Southeast Quarter (SW/4 SE/4) of Section 25, Township 5N, Range 4E |
| | | 26 | ●Southwest Quarter of the Southwest Quarter and the Southwest Quarter of the Northwest Quarter of the Southwest Quarter and the Southwest Quarter of the Southeast Quarter of the Southwest Quarter (SW/4 SW/4 and the SW/4 NW/4 SW/4 and the SW/4 SE/4 SW/4) of Section 25, Township 5N, Range 4E |
| | | 27 | ●South Half of the Northeast Quarter and the Northeast Quarter of the Southwest Quarter and the Southeast Quarter of the Northwest Quarter of the Southwest Quarter and the North Half of the Southeast Quarter of the Southwest Quarter and Southeast Quarter of the Southeast Quarter of the Southwest Quarter (S/2 NE/4 and the NE/4 SW/4 and the SE/4 NW/4 SW/4 and the N/2 SE/4 SW/4 and the SE/4 SE/4 SW/4 of Section 25, Township 5N, Range 4E |
| | | 28 | ● Lot 8 less the Northwest 10 acres and lot 9 (Lot 8 Less NW 10 Ac and Lot 9) of Section 23, Township 5N, Range 5E |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | McClain | 29 | ● The South Half of the Northwest Quarter and the Southeast Quarter of the East Half of the Southwest Quarter and the North Half of the Northwest Quarter of the Southwest Quarter and the South Half of the Southwest Quarter of the Southwest Quarter (S/2 NW/4 and the SE/4 and the E/2 SW/4 and the N/2 NW/4 SW/4 and the S/2 SW/4 SW/4) of Section 22, Township 7N, Range 4W |
| | | 30 | ● Northeast Quarter (NE/4) of Section 22, Township 7N, Range 4W |
| | | 31 | ● East Half of the Northwest Quarter and the North Half of the Northwest Quarter of the Northwest Quarter and the North Half of the South Half of the Northwest Quarter of the Northwest Quarter (E/2 NW/4 and the N/2 NW/4 NW/4 and the N/2 NW/4 NW/4 and the N/2 S/2 NW/4 NW/4 of Section 29, Township 5N, Range 3E |
| | | 32 | ● Northeast Quarter (NE/4) of Section 22, Township 7N, Range 4W |
| | | 33 | ● East Half of the Northwest Quarter and the North Half of the Northwest Quarter of the Northwest Quarter and the North Half of the South Half of the Northwest Quarter of the Northwest Quarter (E/2 NW/4 and the N/2 NW/4 NW/4 and the N/2 S/2 NW/4 NW/4) of Section 29, Township 5N, Range 3E |
| | | 34 | ●South Half of the Southeast Quarter of the Southwest Quarter (S/2 SE/4 SW/4) of Section 20, Township 5N, Range 3E |
| | | 35 | ●East Half of the Southwest Quarter and the Northwest Quarter of the Southeast Quarter and the Southwest Quarter of the Northeast Quarter (S/2 SE/4 and the NW/4 SE/4 and the SW/4 NE/4) of Section 24, Township 5N, Range 3E |
| | | 36 | ● Northeast Quarter of the Southwest Quarter of the Northeast Quarter and the South Half of the South Half of the Northeast Quarter and the West Half of the Southeast Quarter and the Northeast Quarter of the Southeast Quarter and the North Half of the Southeast Quarter of the Southeast Quarter of the Northwest Quarter (NE/4 SW/4 NE/4 and the S/2 S/2 NE/4 and the W/2 SE/4 and the NE/4 SE/4 and the E/2 SW/4 and the SE/4 NW/4) of Section 17, Township 6N, Range 4W |
| | | 37 | ●The East Half of the Southwest Quarter (E/2 SW/4) of Section 7, and Lots 1, 2, 3, and 4, and the East Half of the West Half (Lots 1, 2, 3 & 4 and the E/2 W/2) of Section 18 all in Township 7N, Range 4W |
| | | 38 | ● The South Half of the Southeast Quarter and the Northwest Quarter of the Southeast Quarter and the Southwest Quarter of the Northeast Quarter (S/2 SE/4 and the NW/4 SE/4 and the SW/4 NE/4) of Section 24, Township 5N, Range 3E |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Seminole | 39 | ● Northwest Quarter of the Northwest Quarter (NW/4 NW/4) of Section 22, Township 5N, Range 8E |
| | | 40 | ● Lots 1 and 2 and the Northeast Quarter of the Southwest Quarter (Lots 1 and 2 and the NE/4 SW/4) of Section 1, Township 6N, Range 6E |
| | | 41 | ● Southeast Quarter of the Northwest Quarter (SE/4 NW/4) of Section 22, Township 6N, Range 6E |
| | | 42 | ● South Half of the Northeast Quarter (S/2 NE/4) of Section 22, Township 6N, Range 6E |
| | | 43 | ● Southwest Quarter of the Northeast Quarter and the Northwest Quarter of the Southeast Quarter (SW/4 NE/4 and the NW/4 SE/4) of Section 36, Township 6N, Range 7E |
| | | 44 | ● South Half (S/2) of Section 6, Township 6N, Range 7E |
| OK | Seminole | 45 | ● Southwest Quarter of the Southwest Quarter (SW/4 SW/4) of Section 27, Township 7N, Range 5E |
| | | 46 | ● Northwest Quarter (NW/4) of Section 27, Township 7N, Range 5E |
| | | 47 | ● Southeast Quarter of the Southwest Quarter (SE/4 SW/4) of Section 27, Township 7N, Range 5E |
| | | 48 | ● North Half of the Northwest Quarter (N/2 NW/4) of Section 36, Township 7N, Range 6E |
| | | 49 | ● North Half of the Southeast Quarter (N/2 SE/4) of Section 36, Township 7N, Range 5E |
| | | 50 | ● East Half (E/2) of Section 29, Township 7N, Range 7E |
| | | 51 | ● Northwest Quarter of the Northwest Quarter (NW/4 NW/4) of Section 14, Township 8N, Range 5E |
| | | 52 | ● Southwest Quarter of the Northeast Quarter (SW/4 NE/4) of Section 22, Township 8N, Range 5E |
| | | 53 | ● Northeast Quarter of the Northwest Quarter (NE/4 NW/4) of Section 22, Township 8N, Range 5E |
| | | 54 | ● Northeast Quarter of the Northeast Quarter (NE/4 NE/4) of Section 22, Township 8N, Range 5E |
| | | 55 | ● Southwest Quarter of the Southwest Quarter (SW/4 SW/4) of Section 4, Township 8N, Range 6E |
| | | 56 | ● East Half of the Southwest Quarter of the West Half of the Southeast Quarter (E/2 SW/4 and the W/2 SE/4) of Section 31, Township 8N, Range 7E |
| | | 57 | ● Northeast Quarter of the Southeast Quarter (NE/4 SE/4) of Section 2, Township 9N, Range 5E |
| | | 58 | ● East Half of the Southwest Quarter (E/2 SW/4) of Section 3, Township 9N, Range 5E Township Town |
| | | 59 | ● West Half of the Northeast Quarter of the Northeast Quarter and the Southwest Quarter of teh Northeast Quarter and the Northwest Quarter of the Southeast Quarter of the Northeast Quarter and the West Half of the Southwest Quarter of the Southeast Quarter of the Northeast Quarter and the North Half of the North Half of the Northwest Quarter of the Southeast Quarter (W/2 NE/4 NE/4 and the SW/4 NE/4 and the NW/4 SE/4 NE/4 and the W/2 SW/4 SE/4 NE/4 and the N/2 N/2 NW/4 SE/4) of Section 35, Township 9N, Range 5E |
| | | 60 | ● North Half of the Northwest Quarter and the Southeast Quarter of the Northwest Quarter and the East Half of the Southwest Quarter and the Southwest Quarter of the Southwest Quarter (N/2 NW/4 and the SE/4 NW/4 and the E/2 SW/4 and the SW/4 SW/4) of Section 16, Township 9N, Range 6E |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Pottawatomie | 61 | ● All of Lots 7 and 8 in the Southwest Quarter except 3.764 acres out of the Northeast corner of Lot 7 sole to P. Phillips and the Southwest Quarter of the Southwest Quarter and the South 28 Acres of the Northeast Quarter of the Southwest Quarter and 3.764 Acres in the Southwest Quarter of the North 12 Acres of the Northeast Quarter of the Southwest Quarter including all accretions to said lots 7 and 8 and all riparian rights thereto and including all of the land owned by Fred and Sarah Enoles in said Quarter Section in Section 28, Township 10N, Range 4E |
| | | 62 | ● West Half of the Southwest Quarter (W/2 SW/4) of Section 4, Township 5N, Range 5E |
| | | 63 | ● East Half of the Southwest Quarter (E/2 SW/4) of Section 4, Township 5N, Range 5E |
| | | 64 | ● Northeast Quarter (NE/4) of Section 5, Township 5N, Range 5E |
| | | 65 | ● North Half of the Southwest Quarter (N/2 SW/4) of Section 1, Township 6N, Range 4E |
| | | 66 | ● East Half of the Northwest Quarter (E/2 NW/4) of Section 1, Township 6N, Range 4E |
| | | 67 | ● West Half of the Northwest Quarter (W/2 NW/4) of Section 1, Township 6N, Range 4E |
| | | 68 | ● South Half of the Northeast Quarter (S/2 NE/4) of Section 12, Township 6N, Range 4E |
| | | 69 | ● South Half of the Northeast Quarter (S/2 NE/4) of Section 28, Township 7N, Range 4E |
| | | 70 | ● North Half of the Northeast Quarter (N/2 N/E/4) of Section 29, Township 7N, Range 4E |
| | | 71 | ● South Half of the Southeast Quarter (S/2 SE/4) of Section 8, Township 7N, Range 4E |
| | | 72 | ● West Half of the Southwest Quarter and the West 10 acres of the East Half of the Southwest Quarter (W/2 SW/4 and the W 10 ac E/2 SW/4) of Section 9, Township 7N, Range 4E |
| | | 73 | ● Northwest Quarter of the Southeast Quarter (NW/4 SE/4) of Section 19, Township 7N, Range 5E |
| | | 74 | ● East Half of the Southeast Quarter (E/2 SE/4) of Section 19, Township 7N, Range 5E |
| | | 75 | ● Southwest Quarter of the Southeast Quarter (SW/4 SE/4) of Section 19, Township 7N, Range 5E |
| | | 76 | ● Lots 1 and 2 and the West Half of the Northeast Quarter (Lots 1 & 2 and the W/2 NE/4 ) of Section 28, Township 7N, Range 5E |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Pottawatomie | 77 | ● North Half of the Northwest Quarter (N/2 NW/4) of Section 30, Township 7N, Range 5E |
| | | 78 | ● South Half of the Southeast Quarter (S/2 SE/4) of Section 7, Township 7N, Range 5E |
| | | 79 | ● Southeast Quarter of the Northeast Quarter and the East Half of the Southeast Quarter and the Southwest Quarter of the Southeast Quarter (SE/4 NE/4 and the E/2 SE/4 and the SW/4 SE/4) of Section 9, Township 8N, Range 3E |
| | | 80 | ● East Half of the Southwest Quarter (E/2 SW/4) of Section 30, Township 8N, Range 5E |
| | | 81 | ● Beginning at the Center Corner of the Section: running thence East 20 chains, thence South 40 chains, thence West 17 chains and 60 links, thence North 17.5 degrees West 2 chains and 40 links, thence North 7.25 degrees West 3 chains and 80 links, thence North 58.5 degrees West 2 chains and 25 links, thence North 41 degrees West 3 chains, thence North 68.25 degrees West 2 chains and 33 links, thence North 1 degree East 3 chains and 16 links, then North 29.5 degrees West 2 chains and 75 links, thence North 15.5 degrees West 2 chains and 30 links, thence North 5.5 degrees East 2 chains and 27 links, thence North 40 degrees West 3 chains and 45 links, thence North 8.5 degrees East 4 chains and 94 links, thence North 35 degrees East 3 chains and 57 links, thence East 3 chains and 55 links, thence North 46.25 degrees East 3 chains and 24 links, thence North 7 chains and 15 links to the place of beginning in Section 13, Township 6N, Range 4E |
| | | 82 | ● Southeast Quarter (SE/4) of Section 2, Township 6N, Range 4E |
| | | 83 | ● Southwest Quarter of the Northwest Quarter and the East Half of the Southwest Quarter (SW/4 NW/4 and the E/2 SW/4) of Section 2, Township 6N, Range 4E |
| | | 84 | ● South Half of the Northeast Quarter (S/2 NE/4) of Section 2, Township 6N, Range 4E |
| | | 85 | ● Lot 1 and 2, being in the North Half of the Northeast Quarter (N/2 NE/4) of Section 2, Township 6N, Range 4E |
| | | 86 | ● West Half of the Southeast and the Southeast Quarter of the Southeast Quarter (W/2 SE/4 and the SE/4 SE/4) of Section 25, Township 6N, Range 4E |
| | | 87 | ● West Half of the Southwest Quarter (W/2 SW/4) of Section 18, Township 6N, Range 5E |
| | | 88 | ● West Half of the Northwest Quarter (W/2 NW/4) of Section 19, Township 6N, Range 5E |
| | | 89 | ● West Half of the Southeast Quarter (W/2 SE/4) of Section 30, Township 6N |
| | | 90 | ● North Half of the Southwest Quarter (N/2 SW/4) of Section 30, Township 6N, Range 5E |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Pottawatomie | 91 | ● South Half of the Northeast Quarter and the Northeast Quarter of the Southeast Quarter (S/2 NE/4 and the NE/4 SE/4) of Section 30, Township 6N, Range 5E |
| | | 92 | ● Southwest Quarter of the Northeast Quarter and a tract described as follows: beginning at the Center corner of the Section and running thence South 1040 feet; thence East 315 feet; thence South 426 feet; thence East 2325 feet; thence North 1466 feet; thence West 2640 feet to the place of beginning in Section 31, Township 6N, Range 5E |
| | | 93 | ●North Half of the Southeast Quarter (N/2 SE/4) of Section 5, Township 6N, Range 5E |
| | | 94 | ● South Half of the Northeast Quarter (S/2 NE/4) of Section 5, Township 6N, Range 5E |
| | | 95 | ● South Half of the Northeast Quarter and the Northeast Quarter of the Northeast Quarter (S/2 NE/4 and the NE/4 NE/4) of Section 5, Township 6N, Range 5E |
| | | 96 | ● Southeast Quarter of the Northeast Quarter except for a 13 foot strip along the South side (SE/4 NE/4 less 13 foot strip) of Section 6, Township 6N, Range 5E |
| | | 97 | ●West Half of the Northwest Quarter (W/2 NW/4) of Section 7, Township 6N, Range 5E |
| | | 98 | ●East Half of the Northwest Quarter and the Northwest Quarter of the Northwest Quarter (E/2 NW/4 and the NW/4 NW/4) of Section 9, Township 6N, Range 5E |
| | | 99 | ● West Half of the Southeast Quarter(W/2 SE/4) of Section 30, Township |
| | | 100 | ● North Half of the Southwest Quarter (N/2 SW/4) of Section 30, Township 6N, Range 5E |
| | | 101 | ● Southwest Quarter of the Northeast Quarter and a tract described as follows: beginning at the Center corner of the Section and running thence South 1040 feet; thence East 315 feet; thence South 426 feet; thence East 2325 feet; thence North 1466 feet; thence West 2640 feet to the place of beginning in Section 31, Township 6N, Range 5E |
| | | 102 | ● North Half of the Southeast Quarter (N/2 SE/4) of Section 5, Township 6N, Range 5E |
| | | 103 | ● South Half of the Northeast Quarter (S/2 NE/4) of Section 5, Township 6N, Range 5E |
| | | 104 | ● South Half of the Northeast Quarter and the Northeast Quarter of the Northeast Quarter (S/2 NE/4 and the NE/4 NE/4) of Section 5, Township 6N, Range 5E |
| | | 105 | ● Southeast Quarter of the Northeast Quarter except for a 13 foot strip along the South side (SE/4 NE/4 less 13 foot strip) of Section 6, Township 6N, Range 5E |
| | | 106 | ● West Half of the Northwest Quarter (W/2 NW/4) of Section 7, Township 6N, Range 5E |
| | | 107 | ● East Half of the Northwest Quarter and the Northwest Quarter of the Northwest Quarter (E/2 NW/4 and the NW/4 NW/4) of Section 9, Township 6N, Range 5E |
| | | 108 | ● South Half of the Southwest Quarter (S/2 SE/4) of Section 20, Township 7N, Range 4E |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Pottawatomie | 109 | ●Southeast Quarter of the Northwest Quarter (SE/4 NW/4) of Section 22, Township 7N, Range 4E |
| | | 110 | ● South Half of the Northeast Quarter and the Northeast Quarter of the Southeast Quarter (S/2 NE/4 and the NE/4 SE/4) of Section 30, Township 6N, Range 5E |
| | | 111 | ● West Half of the Southeast Quarter (W/2 SE/4) of Section 30, Township 6N, Range 5E |
| | | 112 | ● North Half of the Southwest Quarter of Section 30, Township 6N, Range 5E |
| | | 113 | ● South Half of the Southeast Quarter (S/2 SE/4) of Section 20, Township 7N, Range 4E |
| | | 114 | ● Southeast Quarter of the Northwest Quarter (SE/4 NW/4) of Section 22, Township 7N, Range 4E |
| | | 115 | ● North Half of the Southeast Quarter (N/2 SE/4) of Section 22, Township 7N, Range 4E |
| | | 116 | ● East Half of the Southwest Quarter (E/2 SW/4) of Section 22, Township 7N, Range 4E |
| | | 117 | ●West Half of the Southwest Quarter (W/2 SW/4) of Section 22, Township 7N, Range 4E |
| | | 118 | ● South Half of the Southeast Quarter and the South Half of the South Half of the Northeast Quarter of the Southeast Quarter (S/2 SE/4 and the S/2 S/2 NE/4 SE/4) of Section 27, Township 7N, Range 4E |
| | | 119 | ● Northwest Quarter of the Northeast Quarter (NW/4 NE/4) of Section 27, Township 7N, Range 4E |
| | | 120 | ● West Half of the Southwest Quarter and the West Half of the East Half of the Southwest Quarter (W/2 SW/4 and the W/2 E/2 SW/4) of Section 8, Township 8N, Range 5E |
| | | 121 | ● Southwest Quarter (SW/4) of Section 27, Township 7N, Range 4E |
| | | 122 | ● South Half of the Northwest Quarter less a one acre tract out of the West side of the described tract of land for road purposes in Section 27, Township 7N, Range 4E |
| | | 123 | ● South Half of the Northeast Quarter (S/2 NE/4) of Section 27, Township 7N, Range 4E |
| OK | Cleveland | 124 | ● The Lots 3 and 4 and the South Half of the Northwest Quarter (Lots 3 and 4 and S/2 NW/4) of Section 5, Township 10N, Range 2W |
| | | 125 | |
| | | 126 | ● The West Half of the Southwest Quarter (W/2 SW/4) of Section 20, Township 10N, Range 3W |
| | | 127 | ● The Lots 1 and 2 and the East Half of the Northwest Quarter (Lots 1 and 2 and E/2 NW/4) of Section 30, Township 10N, Range 3W |
| | | 128 | ● The South Half of the Southwest Quarter (S/2 SW/4) of Section 3, Township 10N, Range 1W |
| | | 129 | ● The Southwest Quarter (SW/4) of Section 4, Township 10N, Range 2W |
| | | 130 | ● The Southeast Quarter (SE/4) of Section 5, Township 10N, Range 2W |
| | | 131 | ● The Northeast Quarter (NE/4) of Section 8, Township 10N, Range 2W |
| | | 132 | ● The Southwest Quarter (SW/4) of Section 29, Township 10N, Range 2W |
| | | 133 | ● The Southwest Quarter of (SW/4) of Section 5, Township 10N, Range 2W |
| | | 134 | ● The Southeast Quarter (SE/4) of Section 34, Township 10N, Range 2W |
| | | 135 | ● The Southeast Quarter (SE/4) of Section 18, Township 10N, Range 2W |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Lincoln | 137 | ● West Half of the Southwest Quarter and the Southeast Quarter of the Southwest Quarter and the West 16 acres of the Northeast Quarter of the Southwest Quarter (W/2 SW/4 and SE/4 SW/4 and W 16 acres NE/4 SW/4 of Section 8, Township 14N, Range 4E |
| | | 138 | ● South Half of the Southwest Quarter (S/2 SW/4) of Section 10; and the Northwest Quarter (NW/4) of Section 14; and the North Half of the Northwest Quarter (N/2 NW/4) of Section 15 all in Township 14N, Range 6E |
| OK | Creek | 139 | ● The East Half of the Southwest Quarter (E/2 SW/4) of Section 34, Township 16N, Range 7E |
| | | 140 | ● The Northwest Quarter (NW/4) of Section 24, Township 17N, Range 9E |
| | | 150 | ● The West 7.5 acres of the Southwest 10 acres of Lot 2 (NW/4 of the NE/4); the Northwest 9.51 acres of Lot 4 (NW/4 of the NW/4); the East 4.51 acres of the Northwest 9.51 acres of Lot 4 (NW/4 of the NW/4); and the South Half of the Northwest Quarter (S/2 of the NW/4) of Section 5, Township 18N, Range 9E |
| | | 151 | ● Lot 3 and Lot 4 of the East Half of the Southwest Quarter (E/2 of the SW/4) of Section 19, Township 16N, Range 8E |
| | | 152 | ● The Northeast Quarter of the Southwest Quarter (NE/4 of the SW/4) of Section 35, Township 16N, Range 10E |
| | | 153 | ● The Southeast Quarter of the Southwest Quarter (SE/4 of the SW/4) of Section 20, Township 15N, Range 9E |
| | | 154 | ● The North Half of the Northwest Quarter (N/2 of the NW/4) of Section 29, Township 15N, Range 9E |
| | | 155 | ● The West Half of the Southeast Quarter (W/2 of the SE/4) of Section 18, Township 16N, Range 8E |
| | | 156 | ● The Northeast Quarter of the Northwest Quarter (NE/4 of the NW/4) of Section 35, Township 17N, Range 7E |
| | | 157 | ● The Southwest Quarter of the Southeast Quarter (SW/4 of the SE/4) of Section 34, Township 16N, Range 7E |
| | | 158 | ● The Southwest Quarter of the Northwest Quarter (SW/4 of the NW/4) of Section 35, Township 17N, Range 7E |
| | | 159 | ● The Northeast Quarter of the Southeast Quarter (NE/4 of the SE/4) of Section 33, Township 19N, Range 8E |
| | | 160 | ● The West Half of the Southwest Quarter (W/2 of the SW/4) of Section 34, Township 16N, Range 7E |
| | | 161 | ● The Southwest Quarter (SW/4) of Section 24, Township 17N, Range 9E |
| OK | Major | 162 | ● Lots 3 and 4 and the South Half of the Northwest Quarter (Lots 3 & 4 and the S/2 NW/4) of Section 1, Township 20N, Range 11W |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| OK | Oklahoma | 163 | ● Lots 3 and 4 of the East Half of the Southwest Quarter (Lots 3 & 4 and E/2 SW/4) of Section 19, Township 13N, Range 4W |
| | | 164 | ● West Half of the Southwest Quarter less a 5 acre tract in the Southwest corner of Section 19, Township 13N, Range 4W |
| | | 165 | ● Southeast quarter (SE/4) of Section 19, Township 14N, Range 3W |
| | | 166 | ● Southwest Quarter (SW/4) of Section 29, Township 11N, Range 2W |
| | | 167 | ● South Half of the Southeast Quarter (S/2 SE/4) of Section 11, Township 14N, Range 3W |
| | | 168 | ● The East 30 acres of the Northwest Quarter of the Northeast Quarter and the East Half of the Southwest Quarter of the Northeast Quarter (E 30 acres NW/4 NE/4 and E/2 SW/4 NE/4) of Section 20, Township 12N, Range 4W |
| | | 169 | ● East half of the Southwest Quarter (E/2 SW/4) of Section 12, Township 13N, Range 1W |
| OK | Hughes | 170 | ● South half of the Northwest Quarter (S/2 NW/4) of Section 33, Township 7N, Range 8E |
| OK | Logan | 171 | ● Southeast Quarter and the East Half of the Southwest Quarter (SE/4 and the E/2 SE/4) of Section 24, Township 17N, Range 2W |
| CA | Los Angeles | 172 | ● Lots 42 and 43 of Tract 10699 as per map recorded in Book 165, Pages 36 and 37 of the Maps, records in Los Angeles County.<br>APN No. 2833-022-034 & 2833-022-035 |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| MT | Richland | 173 | ● Lots 1, 2, 3, 4 and the East Half of the West Half of Section 19, Township 23N, Range 59E |
| | | 174 | ● The South Half of the Northwest Quarter of the Southwest Quarter and the South Half of the Southwest Quarter of Section 15, Township 23N, Range 59E lying West of County Road |
| | | 175 | ● The Southeast Quarter of Section 18, Township 23N, Range 59E |
| | | 176 | ● The Northwest Quarter of the Northeast Quarter and the North Half of the Northwest Quarter of Section 21, Township 23N, Range 59E lying West and East of Main Canal |
| | | 177 | ● The Southeast Quarter of the Southwest Quarter and the Southwest Quarter of the Southeast Quarter of Section 8, Township 23N, Range 59E |
| | | 178 | ● The Southeast Quarter of the Southeast Quarter of Section 8, Township 23N, Range 59E |
| | | 179 | ● The Southwest Quarter of the Southeast Quarter of Section 5, Township 23N, Range 59E |
| | | 180 | ● The Southwest Quarter of Section 18, Township 23N, Range 59E |
| | | 181 | ● Lot 1 and the Northeast Quarter of the Northwest Quarter and the North Half of the Northeast Quarter of Section 30, Township 23N, Range 59E |
| | | 182 | ● The North Half of the Northwest Quarter and the Northwest Quarter of the Northeast Quarter of Section 29, Township 23N, Range 59E West of Ditch |
| | | 183 | ● The North Half of the Southwest Quarter of the Southwest Quarter of Section 21, Township 23N, Range 59E |
| | | 184 | ● All of Section 7, Township 23N, Range 59E |
| | | 185 | ● The West Half of Section 20, Township 23N, Range 59E, less 4.5 acres in the South Half of the Southwest Quarter as described in Deed Records Book A-62 of Deeds Doc. #200331 |
| | | 186 | ● The Southeast Quarter of Section 20, Township 23N, Range 59E, less 1 acre described in Deed Records Book A-66, Page 69 |
| | | 187 | ● All of Section 13, Township 23N, Range 58E |
| PA | Warren | 189 | Parcel 1<br>● All the oil and gas on 22.5 acres, part of lot 398, Sheffield Township, in and under the land now or formerly owned by William H. Taylor as conveyed to him by deed dated September 23, 1882 and recorded in Warren County Records in Deed Book 50, Page 526<br>● All the oil and gas on 9 acres of 73 perches, more or less, part of Lot 398, Sheffield Township, in and under the land now or formerly owned by William H. Taylor as conveyed to him by deed dated January 4, 1898 and recorded in Warren County records in Deed Book 78, Page 172.<br>● All the oil and gas on 12 acres, part of 398 Sheffield Township, in and under the land now or formerly owned by Mary A. Taylor as conveyed to her by deed dated January 31, 1900 and recorded in Warren County Records in Deed Book 78, Page 212. |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| PA | Warren | 190 | ● All the oil and gas on 12 acres, part of 398 Sheffield Township, in and under the land now or formerly owned by George F. Taylor as conveyed to him by deed dated August 1, 1900 and recorded in Warren County Records in Deed Book 89, Page 288.<br>● All the oil and gas on 1 acre and 61.3 perches, more or less, part of Lot 398, Sheffield Township, bounded as follows: BEGINNING at a post on the south line of the Taylor lands; thence East 12.6 rods to the West bank of the South Fork of Tionesta Creek; thence South 44 degrees 30' East 5.75 rods to a post on the public road; thence South 15 degrees 45' West 22.9 rods to a post; thence North 21 degrees 40' West 28 rods to the place of beginning.<br>● All of the Oil and Gas on 29 acres and 129.3 perches, more or less, in Lot 398 Sheffield Township, in and under land now or formerly owned by Edward W. Spicer as conveyed to him by deed dated December 7, 1906 and recorded in Warren County Records Deed Book 105, Page 625.<br>  - Being the same premises conveyed to Anderson Oil Company by Milburn E. Anderson, et ux, dated January 8, 1947, and recorded in Warren County records in Deed Book 230, Page 1 and fererenced to therein as Parcel 6.<br><br>Parcel 2<br>● All of the oil and gas in and under 89.2 acres, part of Lot 398, Sheffield Township, consisting of two parcels, one of 86.2 acres, bounded and described as follows: BEGINNING at a post marking the Southwest corner of Lot 398, thence along the West line of said Lot North 0 degrees 12' West 93 rods to a post; thence East 140.7 rods to a post on the Northwest corner of land formerly owned by George F. Taylor; thence along the West line of said land South 8 degrees East 69.25 rods to apost; thence South 69 degrees 45' Est 6.65 rods to a center of Drummy Road; thence along the center of said road, South 18 degrees 30' West 6.6 rods; thence South 7 degrees 25' West 17.4 rods to the South line of Lot 398; thence along the South line of said Lot West 150.4 rods to the place of beginning, and the second of three (3) acres bounded and described as follows: BEGINNING at an iron pipe marking the Southeast corner of Lot 398; thence along said line South 21.9 rods to the place of beginning.<br> 129.5 rods to the place of beginning.<br>● All of the oil and oil rights in and under 34 acres, part of Lot 398, Sheffield Township, bounded and described as follows: BEGINNING at a stake at top of hill 40 rods South 3 degrees West from the Southwest corner of and now or formerly of W. H. Taylor, being at the North line of said Lot 398, thence South 3 degrees West 40.75 rods to a small beach tree; thence South 87 degrees East 132 rods to a stake in the Northwest side of road leading to Henry Mill; thence by said road North 18 degrees East 15 rods to a stake; thence North 17 degrees West 28 rods to a stake; thence North 87 degrees West<br> - BEING parts of the premises conveyed to Anderson Oil Company by Milburn E. Anderson, et us, |

| STATE | COUNTY | Asset Number | PROPERTY DESCRIPTION |
|---|---|---|---|
| PA | Warren | 191 | ●All that certain piece or parcel of land part of Lot 398 Sheffield Township, triangular in form and containing 4 acres and 140.5 perches, more or less, in the Northeast corner of said lot, bounded as follows: On the West by the South Fork of the Tionesta Creek ...... |
| | | 192 | ●All those pieces or parcels of land, being a part of Lot 398, Sheffield Township, and being Lot Numbers 78, 79, 80, 81, 82, 83, 84 as designated and shown on a certain map as surveyed, laid out and plotted by Smith and entered in the Recorder's Office of.... |
| | | 193 | ● All the following described piece or parcel of land, being part of Lot 367, Sheffield Township, containing 12 acres and 73 perches, more or less, bounded as follows: BEGINNING at the Southeast corner of Lot 43 on E. Barnes map surveyed by Joe Smith, at .... |
| | | 194 | ● All of the oil and gas in and under 5 acres and 105.1 perches, more or less, part of Lot 367, Sheffield Township, bounded as follows: BEGINNING at a point where the South Fork of the Tionesta Creek crosses the North line of the lot, thence in a Southwesterly..... |
| | | 195 | ● All of the oil and gas in and under that certain piece or parcel of land, part of Lot 367, Sheffield Township, formerly owned by W. H. Hessinger, as conveyed to him by deed dated August 26, 1895. |
| | | 196 | ● All of the petroleum oil in that certain piece or parcel of land containing 97.5 perches, more or less part of Lot 367, Sheffield Township, being the land formerly owned by M. Stapleton as conveyed to him by deed dated November 21, 1877. |
| | | 197 | ● All of the oil and gas in and under 20 acres, more or less, part of Lot 367, Sheffield Township, being land formerly owned by the heirs of L.F. Rice as conveyed by deed dated September 19, 1904 and recorded in the Warren County Records in Deed Book 100, ..... |
| | | 198 | ● All of the oil and gas in and under 8 acres and 56.2 perches, more or less, part of Lot 367, Sheffield Township, bounded and described as follows: BEGINNING at a point on the North Line of said Lot where the South Fork of the Tionesta Creek crosses the sa..... |
| | | 199 | ● All of the oil and gas in and under 4 acres and 76.6 perches, more or less, part of Lot 367, Sheffield Township, being land formerly owned by M. J. Corey as conveyed by deed dated January 12, 1904 and recorded in the Warren County Records in Deed Book 98.... |
| | | 200 | ● All of the oil and gas in and under five (5) acres, more or less, part of Lot 367, Sheffield Township, being land formerly owned by Benjamin Swartswood as conveyed by deed dated July 28, 1896 and recorded in Warren County Records in Deed Book 78, Page 147. |